

# NUMBER 13-12-00054-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

B. MURRAY ANDERSON,                                    APPELLANT,

v.

ENTERGY TEXAS, INC. AND
T & D SOLUTIONS, L. L. C.,                              APPELLEES.

**On appeal from the County Court at Law No. 1
of Jefferson County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on February 23, 2012, and the parties were

ordered to mediation.   This cause is now before the Court on a joint motion to dismiss the

appeal on grounds that all matters in controversy between them in this cause have been

settled. The parties request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
21st day of June, 2012.